```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

KIM S. MILLER, individually and
as Personal Representative of
the Estate of Nichole Faris Miller,

        Plaintiff,

v.                                    //    CIVIL ACTION NO. 1:11CV151
                                                  (Judge Keeley)

WALTHER PRODUCTIONS, INC., d/b/a
ALL GOOD FESTIVAL, a Maryland
corporation, TIM WALTHER, JUNIPA,
CONTENTO, MARVIN HUGGINS, MARVIN'S
MOUNTAINTOP, LLC, a West Virginia
limited liability company, JAMES CARRICO,
M & M PARKING, INC., a/k/a M & M PARKING
SERVICES, INC., a/k/a M & M EVENT SERVICES,
LLC, a Pennsylvania corporation, EVENT
STAFFING, INC., a Virginia corporation,
NATIONAL EVENT SERVICES, INC., a New
Hampshire corporation, AXIS SECURITY, INC.,
a Tennessee corporation, and CLAY HARLIN
LEWIN,

        Defendants.


YEN TON,

        Plaintiff,

v.                                    //    CIVIL ACTION NO. 1:11CV152
                                                  (Judge Keeley)

WALTHER PRODUCTIONS, INC., d/b/a
ALL GOOD FESTIVAL, a Maryland
corporation, TIM WALTHER, JUNIPA,
CONTENTO, MARVIN HUGGINS, MARVIN'S
MOUNTAINTOP, LLC, a West Virginia
limited liability company, JAMES CARRICO,
M & M PARKING, INC., a/k/a M & M PARKING
SERVICES, INC., a/k/a M & M EVENT SERVICES,

**LLC, a Pennsylvania corporation, EVENT STAFFING, INC., a Virginia corporation, NATIONAL EVENT SERVICES, INC., a New Hampshire corporation, AXIS SECURITY, INC., a Tennessee corporation, and CLAY HARLIN LEWIN,**

   **Defendants.**

**ELIZABETH ROSE DORAN.**

   **Plaintiff,**

**v.**        **//   CIVIL ACTION NO. 1:11CV160**
            **(Judge Keeley)**

**TIMOTHY WALTHER, JUNIPA CONTENTO, WALTHER PRODUCTIONS, INC., d/b/a All Good Presents, JAMES CARRICO, MARVIN HUGGINS, MARVIN'S MOUNTAIN TOP, LLC, EVENT STAFFING INCORPORATED, NATIONAL EVENT SERVICES, AXIS SECURITY, INC., M&M PARKING, INC., a/k/a M & M Event Services, LLC, and CLAY LEWIN,**

   **Defendants.**

## ORDER GRANTING JOINT MOTION TO CONSOLIDATE

On February 6, 2012, the parties of these cases came before the Court for a joint scheduling conference, in which they orally moved to consolidate the three cases. For the reasons set forth below, the Court **GRANTS** the motion.

Pursuant to Fed. R. Civ. P. 42(a), a district court may consolidate actions involving "a common question of law or fact," and whether to do so is a matter committed firmly to a district court's discretion. See <u>North Carolina Natural Gas Corp. v.</u>

| | |
|---|---|
| **MILLER v. WALTHER PRODUCTIONS, ET AL** | **1:11CV151** |
| **TON v. WALTHER PRODUCTIONS, ET AL** | **1:11CV152** |
| **DORAN v. WALTHER PRODUCTIONS, ET AL** | **1:11CV160** |

### ORDER GRANTING JOINT MOTION TO CONSOLIDATE

Seaboard Sur. Corp., 284 F.2d 164, 167 (4th Cir. 1960). Here, the plaintiffs in each of the three cases have brought identical causes of action against the same group of defendants related to the same incident on July 17, 2011.

Because these cases share substantially similar questions of law and fact, the interests of judicial economy would be served by the consolidation of these cases. Accordingly, the Court **GRANTS** the parties' motion, **CONSOLIDATES** these cases, and **DIRECTS** the Clerk to docket case 1:11CV151 as the lead case.

It is so **ORDERED.**

The Court directs the Clerk to Clerk to transmit copies of this Order to counsel of record.

DATED: February 17, 2012

/s/ Irene M. Keeley
IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE