**FILED**

SEP 1 0 2012

U.S. DISTRICT COURT
CLARKSBURG, WV 26301

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG DIVISION

KIM S. MILLER, Individually and as Personal
Representative of the Estate of NICOLE
FARIS MILLER,
                Plaintiff,                      Civil Action No. 1:11-CV-00151-IMK

v.

WALTHER PRODUCTIONS, INC. d/b/a
ALL GOOD FESTIVAL; ALL GOOD
FESTIVAL, INC.; TIM WALTHER; JUNIPA
CONTENTO; MARVIN HUGGINS;
MARVIN'S MOUNTAINTOP, LLC; M & M
PARKING, INC. a/k/a M & M PARKING
SERVICES, INC. a/k/a M & M
EVENT SERVICES, LLC; EVENT
STAFFING, INC.; NATIONAL EVENT
SERVICES, INC.; AXIS SECURITY,
INC.; CLAY HARLIN LEWIN; JAMES
TOBIN; and JIM TOBIN PRODUCTIONS,
                Defendants,

and

EVENT STAFFING, INC.,
                Third-Party Plaintiff,
v.

FRANK LYNCH,
                Third-Party Defendant.

---

YEN TON,
                Plaintiff,

v.

WALTHER PRODUCTIONS, INC. d/b/a            Civil Action No. 1:11-CV-00152-IMK
ALL GOOD FESTIVAL; ALL GOOD
FESTIVAL, INC.; TIM WALTHER; JUNIPA
CONTENTO; MARVIN HUGGINS;
MARVIN'S MOUNTAINTOP, LLC; M & M

PARKING, INC. a/k/a M & M PARKING SERVICES, INC. a/k/a M & M EVENT SERVICES, LLC; EVENT STAFFING, INC.; NATIONAL EVENT SERVICES, INC.; AXIS SECURITY, INC.; CLAY HARLIN LEWIN; JAMES TOBIN; and JIM TOBIN PRODUCTIONS,
     Defendants,

and

EVENT STAFFING, INC.,
     Third-Party Plaintiff,
v.

FRANK LYNCH,
     Third-Party Defendant.

---

ELIZABETH ROSE DORAN,
     Plaintiff,

v.

TIMOTHY WALTHER, JUNIPA CONTENTO, WALTHER PRODUCTIONS, INC. d/b/a ALL GOOD PRESENTS, MARVIN HUGGINS, MARVIN'S MOUNTAINTOP, LLC, EVENT STAFFING, INC.; NATIONAL EVENT SERVICES, AXIS SECURITY, INC., M & M PARKING, INC. a/k/a M & M EVENT SERVICES, LLC, CLAY LEWIN, JAMES LEE TOBIN AND JIM TOBIN PRODUCTIONS, INC.
     Defendants,

and

EVENT STAFFING, INC.,
     Third-Party Plaintiff,
v.

FRANK LYNCH,
     Third-Party Defendant.

Civil Action No. 1:11-CV-00160-IMK

## ORDER GRANTING DEFENDANT CLAY HARLIN LEWIN'S RULE 12 MOTION TO DISMISS IN CIVIL ACTION NO. 1:11-CV-00151-IMK

WHEREAS, having considered Defendant Lewin's Rule 12 Motion to Dismiss Implied Indemnity Claims and Remaining Crossclaims Pursuant to Good Faith Settlement with Plaintiff Miller and Defendant Lewin's Memorandum in Support of such motion; and upon finding that

(1) defendants in this action have failed to state a claim for indemnity against Defendant Lewin upon which relief can be granted;

(2) Defendant Lewin and Plaintiff Miller have entered into a good faith settlement; and

(3) all claims for contribution against Defendant Lewin are dismissed as a matter of law by such good faith settlement;

Defendant Lewin's Rule 12 Motion to Dismiss is hereby **GRANTED**.

Accordingly, it is hereby **ORDERED**, that all crossclaims asserted by defendants against Defendant Lewin in Civil Action No. 1:11-CV-00151-IMK are hereby dismissed with prejudice; and, pursuant to Rule 41(a)(2) and (c) of the Federal Rules of Civil Procedure, all crossclaims asserted by Defendant Lewin against the other defendants in Civil Action No. 1:11-CV-00151-IMK are hereby dismissed with prejudice, and with the parties to bear their own costs and expenses including, without limitation, attorneys' fees.

**IT IS SO ORDERED.**

Dated: September 10, 2012

HON. IRENE M. KEELEY
United States District Judge

12012202