FILED
SEP 10 2012
U.S. DISTRICT COURT
CLARKSBURG, WV 26301

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG DIVISION

ELIZABETH ROSE DORAN,

        Plaintiff,

vs.                              CIVIL ACTION NO. 1:11-CV-160
                                  (Judge Keeley)

TIMOTHY WALTHER; JUNIPA CONTENTO;
WALTHER PRODUCTIONS, INC., d/b/a
ALL GOOD PRESENTS; MARVIN HUGGINS;
MARVIN'S MOUNTAINTOP, LLC;
EVENT STAFFING, INC.; NATIONAL
EVENT SERVICES; AXIS SECURITY, INC.;
M & M PARKING, INC., a/k/a M & M EVENT
SERVICES, LLC; CLAY LEWIN; JAMES TOBIN;
and JIM TOBIN PRODUCTIONS, INC.

        Defendants.

## ORDER OF DISMISSAL

On the 10th day of September, 2012, came the Plaintiff, Elizabeth Rose Doran, by counsel, and the Defendants James Tobin and Jim Tobin Productions, Inc., by counsel, and advised that all matters between them have been compromised and settled. Such parties have jointly moved for a dismissal of the action against James Tobin and Jim Tobin Productions, Inc. as well as all cross-claims against such Defendants.

The Court finds that the settlement is in good faith and that the matter should be and is hereby DISMISSED with prejudice with respect to the Plaintiff's Complaint against James Tobin and Jim Tobin Productions, Inc. All cross-claims against James Tobin and Jim Tobin Productions, Inc. are also DISMISSED with prejudice in light of the good faith settlement pursuant to the West Virginia Supreme Court of Appeals' decision in Board of Education of McDowell County v. Zando, Martin and Milstead, Inc., 182 W.Va. 597, 390 S.E.2d 796 (1990).

It is so ORDERED.

ENTER this 10th day of September, 2012.

*Irene M. Keeley*
IRENE KEELEY, JUDGE